IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| DARRIUS DAJUAN COHEE, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Case No. CIV-17-1384-R |
| JOE M. ALLBAUGH, | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court pursuant to the Report and Recommendation entered by Magistrate Judge Shon T. Erwin on December 29, 2017. Doc. No. 5. Judge Erwin recommended therein that that Petitioner's motion for leave to proceed *in forma pauperis* be denied and Petitioner ordered to pay the full filing fee. On January 12, 2018, the Court received Petitioner's $5.00 filing fee. Accordingly, the undersigned adopts the Report and Recommendation, denies the Motion for Leave to Proceed *In Forma Pauperis* and re-refers this matter to Magistrate Judge Erwin for further proceedings consistent with the original referral entered herein.

IT IS SO ORDERED this 17th day of January 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE